IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEPHEN A. HODGSON

    Plaintiff,

vs.                                             CASE NO. 5:10-cv-86/RS-MD

IAP READINESS MGMT. SUPPORT

    Defendant.
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 21) regarding Plaintiff's Motion to Vacate Arbitrator's Award, and Plaintiff's Objection (Doc. 22). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.
2. The case is dismissed.
3. The clerk is directed to close the file.

**ORDERED** on October 5, 2010

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**